UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLLEEN McNAMEE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SACRAMENTO, ST. FRANCIS HIGH SCHOOL,<br><br>    Defendants. | No. 2:12-cv-03101-MCE-AC<br><br><br>**NON-RELATED CASE ORDER** |
| MOLLY HANRAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROMAN CATHOLIC DIOCESE OF SACRAMENTO, ST. FRANCIS HIGH SCHOOL,<br><br>    Defendants. | No. 2:15-cv-00001-TLN-KJN |

The Court has received the Notice of Related Cases filed on March 24, 2015. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

1

1   This order is issued for informational purposes only, and shall have no effect on
2   the status of the cases, including any previous Related (or Non-Related) Case Order of
3   this Court.
4   IT IS SO ORDERED.
5   Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT